**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:26-cv-61564-GAYLES**

**CARLOS ALBERTO RODRIGUEZ**
**BARAHONA CESPEDES,**

      **Petitioner**,

v.

**UNITED STATES DEPARTMENT OF**
**HOMELAND SECURITY,**
*et al.*,

      **Respondents.**

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on Petitioner Carlos Alberto Rodriguez Barahona Cespedes' *Pro Se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [ECF No. 1]. Petitioner challenges his continued detention at the Broward Transitional Center and seeks a bond hearing. *See generally id.*

When "entertaining an application for a writ of habeas corpus," a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id.*

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Within **five days of the date of this Order**, Respondents shall file a memorandum of fact and law to show cause why this Petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of the Petition.

2. Respondents shall serve their response and any accompanying documents on Petitioner.

3. Petitioner may, but is not required to, file a reply **within five days from the date of Respondent's response**.

4. To preserve the status quo and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) (granting "temporary injunctive relief" against removal to preserve the court's jurisdiction while adjudicating the merits of the case).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of May, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:

Carlos Alberto Rodriguez Barahona Cespedes
A#220887720
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

2